IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER BAITY,

    Plaintiff,

v.                                    CASE NO. 4:10-cv-00542-SPM -GRJ

LARRY CAMPBELL, et al,

    Defendants.

_____/

## O R D E R

Pending before the Court is Plaintiff's Amended Motion for Leave to Proceed *in Forma Pauperis*, which again does not include a signed prisoner consent form. (Doc. 5). Although Plaintiff has submitted inmate account information with his first Motion for Leave to Proceed (Doc. 2) he is required to sign the consent form and have an official certify the account information. Plaintiff will be given one more opportunity to submit the fully completed and required form before it will be recommended that this cause be dismissed for failure to prosecute and for failure to comply with court orders.

Accordingly, it is **ORDERED:**

1. Ruling will be reserved on Plaintiff's Amended Motion for Leave to Proceed and no further action will be taken in this case until the consent form is signed and returned.

2. The Clerk shall mail to Plaintiff a blank Prisoner Consent Form, which Plaintiff shall sign, have a prison official complete and sign, and return the form on or before **January 13, 2011.**

3. Failure to comply with this Order will result in a recommendation to the district

judge that this cause be dismissed.

**DONE AND ORDERED** this 30th day of December, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge