IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER BAITY,

    Plaintiff,

v.                                           CASE NO. 4:10cv542-SPM/GRJ

LARRY CAMPBELL, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated July 13, 2011. Doc. 11. Plaintiff has been furnished a copy and has filed a letter (doc. 12), which the court will treat as an objection pursuant to Title 28, United States Code, Section 636(b)(1). Doc. 11. Despite the objections, I have determined that the report and recommendation is correct and should be adopted. Accordingly, it is

ORDERED AND ADJUDGED:

1.     The magistrate judge's report and recommendation (doc. 11) is ADOPTED and incorporated by reference in this order.

2.     This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and

(ii) as frivolous and for failure to state a claim upon which relief may be granted.

DONE AND ORDERED this 16th day of August, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge